1  MICHAEL E. McFARLAND, JR. #23000
2  Evans, Craven & Lackie, P.S.
   818 W. Riverside, Suite 250
3  Spokane, WA 99201-0910
4  (509) 455-5200; fax (509) 455-3632
   Attorneys for Defendants Northeast Washington
5  Alliance Counseling Services; Stevens County;
6  Clear Risk Solutions; Washington Rural Counties
7  Insurance Program; Martha Fairley; and David Nielsen, Ph.D.

8

9            IN THE UNITED STATES DISTRICT COURT
10          FOR THE EASTERN DISTRICT OF WASHINGTON

11  STEPHANIE R. RASKIN, an
12  unmarried individual,
13
14                           Plaintiff,
                                              Case No.
15
16  vs.
17                                            Stevens County Superior Court Cause
    NORTHEAST WASHINGTON                      No. 22-2-00380-33
18  ALLIANCE COUNSELING
19  SERVICES, a Steven's County,              NOTICE OF REMOVAL OF
    Washington Agency; STEVENS                ACTION
20  COUNTY, a Washington state
21  county; CLEAR RISK SOLUTIONS,
22  a Washington corporation;
    WASHINGTON RURAL
23  COUNTIES INSURANCE
24  PROGRAM; HUB
25  INTERNATIONAL INSURANCE
26  SERVICES, INC., a Washington
    corporation; MARTHA FAIRLEY,
27  Supervisor, Northeast Washington
28  Alliance Counseling Services;
29
30  NOTICE OF REMOVAL - page 1



EVANS, CRAVEN
& LACKIE, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

DAVID NIELSEN, Ph.D., Executive
Director, Northeast Washington
Alliance Counseling Services,

Defendants.

TO:  The Clerk of the Court

**PLEASE TAKE NOTICE** that attorneys for Defendants Northeast Washington Alliance Counseling Services, Stevens County, Clear Risk Solutions, Washington Rural Counties Insurance Program, Martha Fairley and David Nielsen, Ph.D., hereby remove to this Court the state action described below.

## 1. State Court Action

Plaintiff's Complaint was filed in the Stevens County Superior Court on September 26, 2022. *See Certificate of Michael McFarland,* Ex. A. Removing Defendants were each served with the Summons and Complaint between September 26, 2022 and September 30, 2022. *See Certificate of Michael McFarland,* Ex. B.

## 2. Federal Question Jurisdiction

Plaintiff's Complaint alleges that Defendants terminated her employment in violation of the Americans with Disabilities Act (ADA) 42 U.S.C § 12102(1). *Complaint*, ¶ 37. Plaintiff further alleges that Defendants retaliated against her by

NOTICE OF REMOVAL - page 2

**EVANS, CRAVEN
& LACKIE, P.S.**
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

obtaining her medical and psychological records by forcing her to sign a consent under duress in violation of HIPAA rules and standards. *Id*, at ¶ 38, 44.

Accordingly, this action is removable to federal court under 28 U.S.C. § 1441, as Plaintiff's claims arise under the Constitution, laws or treaties of the United States, and this Court would have had original jurisdiction over Plaintiff's claims under 28 U.S.C. §§ 1331 had Plaintiff elected to file the action in federal court. This Court is the District Court of the United States embracing the place where the state court action is currently pending, and is therefore the appropriate Court for removal pursuant to 28 U.S.C. § 1441(a).

### 3.  Timely Removal

The Removing Defendants were each served with the Summons and Complaint between September 26, 2022 and September 30, 2022. This Notice of Removal is filed within 30 days after the service of the Complaint. *See* 28 U.S.C. § 1446(b). Additionally, Defendants Northeast Washington Alliance Counseling Services, Stevens County, Clear Risk Solutions, Washington Rural Counties Insurance Program, Martha Fairley and David Nielsen, Ph.D., have consented to this removal. *Certificate of Michael McFarland*. In response to the plaintiff's October 11, 2022 Motion, Stevens County Superior Court on October 12, 2022 issued an Order dismissing with prejudice the plaintiff's claims against Defendant

NOTICE OF REMOVAL - page 3

**EVANS, CRAVEN & LACKIE, P.S.**
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

HUB International Insurance Services, Inc. *See Certificate of Michael McFarland,* Ex. B.

**4. Papers Served**

Copies of all process and any pleading served upon Defendants are attached as **Exhibits A-C** to the Certificate of Attorney.

DATED this 14th day of October, 2022.

EVANS, CRAVEN & LACKIE, P.S.

By:    *s/ Michael E. McFarland, Jr.*

MICHAEL E. McFARLAND, JR., #23000
Attorneys for Defendants Northeast Washington Alliance Counseling Services; Stevens County; Clear Risk Solutions; Washington Rural Counties Insurance Program; Martha Fairley; and David Nielsen, Ph.D.

NOTICE OF REMOVAL - page 4



EVANS, CRAVEN & LACKIE, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

1

## CERTIFICATE OF SERVICE

2

3       The undersigned hereby certifies under penalty of perjury under the laws of the state of

4    Washington, that on the 14th day of October, 2022, the foregoing was delivered to the following

5    persons in the manner indicated:

6

7    *Counsel for Plaintiffs*
     Matthew T. Macklin                        Via Regular Mail         [   ]
8    Stratagem Law Group, PLLC                 Via Certified Mail       [   ]
     720 Seneca Street, Suite 107              Via Overnight Mail       [   ]
9    PMB 7                                     Via Facsimile            [   ]
     Seattle, WA 98101                         Hand Delivered           [   ]
10   Email: mtm@stratagemlawgroup.com          Via Email                [X]

11

12

13

14

15                                              Kimberly Mauss

16

17

18

19

20

21

22

23

24

25

26

27

28

29

30   NOTICE OF REMOVAL - page 5



**EVANS, CRAVEN
& LACKIE, P.S.**
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632