FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 16, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STEPHANIE R. RASKIN, an unmarried individual,<br><br>        Plaintiff,<br><br>        v.<br><br>NORTHEAST WASHINGTON ALLIANCE COUNSELING SERVICES, a Stevens County, Washington Agency; STEVENS COUNTY, a Washington State county; CLEAR RISK SOLUTIONS, a Washington corporation; WASHINGTON RURAL COUNTIES INSURANCE PROGRAM; HUB INTERNATIONAL INSURANCE SERVICES, INC., a Washington corporation; MARTHA FAIRLEY, Supervisor, Northeast Washington Alliance Counseling Services; and DAVID NIELSEN, PhD, Executive Director, Northeast Washington Counseling Services,<br><br>        Defendants. | No. 2:22-CV-00232-SAB<br><br>**ORDER OF DISMISSAL** |

**ORDER OF DISMISSAL** *1

Before the Court is the parties' Stipulated Motion for Order of Dismissal of Clear Risk Solutions and WRCIP With Prejudice and Without Costs, ECF No. 5. Plaintiff Stephanie R. Raskin and Defendants Clear Risk Solutions and Washington Rural Counties Insurance Program stipulate and request the Court dismiss those Defendants with prejudice and without costs or attorney's fees to any party. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the joint wishes of the parties, the Court finds good cause to accept the stipulation and enter it into the record.

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulated Motion for Order of Dismissal of Clear Risk Solutions and WRCIP With Prejudice and Without Costs, ECF No. 5, is **GRANTED**.

2. Defendants Clear Risk Solutions and Washington Rural Counties Insurance Program are **DISMISSED with prejudice** and without costs or attorney's fees to any party.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and to provide copies to counsel.

**DATED** this 16th day of November 2022.



Stanley A. Bastian
Chief United States District Judge

**ORDER OF DISMISSAL** *2