FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 12, 2024

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STEPHANIE R. RASKIN, an unmarried individual,<br><br>                Plaintiff,<br><br>vs.<br><br>NORTHEAST WASHINGTON ALLIANCE COUNSELING SERVICES, a Steven's County Washington agency, et al.,<br><br>                Defendants. | No. 2:22-cv-00232-SAB<br><br>**ORDER GRANTING STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE, DIRECTING ENTRY OF JUDGMENT AND CLOSING FILE** |

Before the Court is the parties' Stipulated Motion for Order of Dismissal with Prejudice and Without Fees and Costs, ECF No. 70.

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Motion for Order of Dismissal with Prejudice and Without Fees and Costs, **ECF No. 70**, is **GRANTED**.

2. Pursuant to the stipulation of the parties, the Clerk of the Court shall enter judgment of dismissal of the Second Amended Complaint, ECF No. 57, and

ORDER - 1

the claims therein **with prejudice** and without costs or fees to any party. Pursuant to the parties' stipulation, Mr. Macklin is relieved of the payment obligation ordered by the Court in ECF Nos. 56 and 69.

    3.    All pending motions are **TERMINATED** as **MOOT**.

    4.    All hearings and deadlines are stricken.

**IT IS SO ORDERED**. The Clerk of Court is hereby directed to enter this Order and judgment, forward copies to counsel, and **CLOSE THE FILE**.

**DATED** this 12th day of February 2024.



Stanley A. Bastian
Chief United States District Judge

ORDER - 2