AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

STEPHANIE R. RASKIN, an unmarried individual,

*Plaintiff*

v.

NORTHEAST WASHINGTON ALLIANCE COUNSELING SERVICES, a Steven's County Washington agency, et al.,

*Defendant*

Civil Action No.  2:22-cv-00232-SAB

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Feb 12, 2024**

SEAN F. McAVOY, CLERK

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Motion for Order of Dismissal with Prejudice and Without Fees and Costs, ECF No. 70, is GRANTED. Pursuant to the stipulation of the parties, the Clerk of the Court enters judgment of dismissal of the Second Amended Complaint, ECF No. 57, and the claims therein with prejudice and without costs or fees to any party.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Stanley A Bastian  on a
Motion for Order of Dismissal with Prejudice and Without Fees and Costs.

Date: 2/12/2024

*CLERK OF COURT*

SEAN F. McAVOY

s/ Lee Reams

*(By) Deputy Clerk*

Lee Reams